RECORD OF GRAND JURY BALLOT

C/ 4:24cr933

THE UNITED STATES    V.    MATTHEW HELLMAN

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED
NOV 19 2024
FLORENCE, S.C.