IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:24cr933 |
| | ) |
| vs. | ) |
| | ) **ORDER FOR BENCH WARRANT** |
| **MATTHEW HELLMAN** | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, as requested by the United States Attorney. Amount and conditions of bond to be set by the Judicial Officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina

DATED: **Nov. 19**, 2024.

I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Mary-Ellen Walter
Special Assistant U.S. Attorney

**RECEIVED**

NOV 19 2024

FLORENCE, S.C.