IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:24cr933 |
| vs. | ) |
| MATTHEW HELLMAN | ) **WRIT OF HABEAS CORPUS** |
| | ) **AD PROSEQUENDUM** |

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, **MATTHEW HELLMAN**, is presently in the custody of the Darlington County Detention Center. It is therefore

ORDERED that Warden, or his authorized representative, deliver **MATTHEW HELLMAN**, to Special Agents and/or Federal Task Force Officers presenting this Order and proper identification for Defendant's initial appearance before this Court, and subsequently to the United States Marshals Service from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, SC

November 19, 2024.

ON MOTION OF:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: _____
Mary-Ellen Walter
Special Assistant U.S. Attorney

**RECEIVED**

NOV 19 2024

FLORENCE, S.C.